IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-2470-PSF-PAC

JENE NELSON,

    Plaintiff,

v.

KUSA-TV, a division of Multimedia Holdings Corporation, a South Carolina corporation,

    Defendant.

---

## ORDER DIRECTING RESPONSE

---

THIS MATTER is before the Court on the plaintiff's Motion to Recuse This Court (Dkt. # 47).  The defendant is DIRECTED to file a response in this matter no later than **Monday, April 3, 2006.**  Any reply shall be due by **April 7, 2006.**

DATED: March 27, 2006

                                                                          BY THE COURT:

                                                                          *s/ Phillip S. Figa*
                                                                          _____
                                                                          Phillip S. Figa
                                                                          United States District Judge