IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-2470-PSF-PAC

JENE NELSON,

    Plaintiff,

v.

KUSA-TV, a division of Multimedia Holdings Corporation, a South Carolina corporation,

    Defendant.

---

## ORDER SETTING HEARING
---

This matter is before the Court on Plaintiff's Motion to Recuse This Court (Dkt. # 47), filed March 24, 2006. IT IS HEREBY ORDERED that counsel for the parties as well as the plaintiff and a representative from the defendant with decision-making authority over this case shall appear in person on **Tuesday, April 18, 2006 at 9:00 a.m.**, in Courtroom A602 of the U.S. District Court for the District of Colorado, Sixth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado for a hearing on this motion and for a status conference.

    DATED: April 11, 2006

                                                        BY THE COURT:

                                                        *s/ Phillip S. Figa*

                                                        _____
                                                        Phillip S. Figa
                                                        United States District Judge