IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-2470-PSF-PAC

JENE NELSON,

    Plaintiff,

v.

KUSA-TV, a division of Multimedia Holdings Corporation, a South Carolina corporation,

    Defendant.

___

**ORDER REGARDING SETTLEMENT**
___

Following a hearing before this Court on April 18, 2006, the parties indicated to the magistrate judge that they had reached an agreement on all issues. In light of this settlement, the Court hereby ORDERS that dismissal papers in this matter shall be filed **no later than April 28, 2006.**

    DATED: April 19, 2006

                                BY THE COURT:

                                *s/ Phillip S. Figa*
                                _____
                                Phillip S. Figa
                                United States District Judge