IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02470-PSF-PAC

JENE NELSON,

    Plaintiff,

vs.

KUSA-TV, a division of MULTIMEDIA HOLDINGS CORPORATION, a South Carolina corporation,

    Defendant.

## ORDER

THIS COURT, being fully advised in the premises hereby ORDERS:

that the above action shall be dismissed with prejudice, each party to pay her or its costs and legal fees.

IT IS SO ORDERED, by the Court on this the 30th day of May, 2006.

*s: Phillip S. Figa*
_____
HON. PHILLIP S. FIGA
JUDGE OF THE DISTRICT COURT